Victoria Florida Phosphate Company, Appellant, vs. J. D.
    Riley and T. H. Willard, partners trading under the
    firm name of Riley & Willard, Appellees.

Appeal from Circuit Court, Alachua county; W. S.
Broome, Circuit Court Commissioner.

H. H. Buckman, W. W. Hampton and J. A. Am-
mons, for Appellant.

No appearance for Appellees.

The bill in this cause was filed by the appellees

against the appellant. There was decree for the complainants, and the defendant appeals.

Appeal dismissed on praecipe of counsel for the appellant.